**Order filed September 20, 2017**



**In The**

# Fourteenth Court of Appeals

**NO. 14-16-00727-CV**
**HARVELLA JONES, Appellant**

**V.**

**JONATHAN ANDERSON, Appellee**

---

**On Appeal from the County Court at Law No 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052079**

---

# O R D E R

The clerk's record was filed October 6, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Amended Order Granting Defendants' Motion to Dismiss and Motion to Sever," signed May 19, 2016.

The Fort Bend County Clerk is directed to file a supplemental clerk's record on or before September 28, 2017, containing Amended Order Granting Defendants' Motion to Dismiss and Motion to Sever," signed May 19, 2016.

If the omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM